In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-09-00206-CR


____________________



XAVIER TYRONE BROWN, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 08-02752





 

MEMORANDUM OPINION


 On March 17, 2009, the trial court sentenced Xavier Tyrone Brown on a conviction
for murder. Brown filed a notice of appeal on May 7, 2009. The trial court entered a
certification of the defendant's right to appeal in which the court certified that this is a plea-bargain case and the defendant has no right of appeal. See Tex. R. App. P. 25.2(a)(2). The
district clerk has provided the trial court's certification to the Court of Appeals. On May 13,
2009, we notified the parties that we would dismiss the appeal unless the appellant
established grounds for continuing the appeal. No response has been filed. Because the
record does not contain a certification that shows the defendant has the right of appeal, we
must dismiss the appeal. See Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeal.

 APPEAL DISMISSED.




 

 STEVE McKEITHEN

 Chief Justice




Opinion Delivered June 10, 2009

Do Not Publish


Before McKeithen, C.J., Gaultney and Horton, JJ.